UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-908 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ROBIN HALL, Defendant. | ) | **ORDER OF DISMISSAL** |

The above-captioned matter came on before the undersigned Judge of the United States District Court for the District of Minnesota pursuant to a Stipulation for Compromise Settlement and Confession of Judgment negotiated between the parties to this action. This matter having been settled,

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, and without cost to any party.

DATED: May 8, 2000

JAMES M. ROSENBAUM
U.S. DISTRICT COURT JUDGE

MAY 09 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK